UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 00-cr-20030-02 |
| VS. | : | JUDGE TRIMBLE |

TRAVIS DISPANY :
Date of original Judgment: 12/19/2000
Date of first Amended Judgment:
10/23/2007

## AMENDED JUDGMENT

Upon the motion of the Court, and pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 240 months, which was resentenced to 120 months on October 23, 2007, is reduced to a sentence of **credit for time served, effective ten (10) days from the date of this Amended Judgment.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (prior to any departures)

| | |
|---|---|
| Previous Offense Level: 38 | Amended Offense Level: 36 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 235 to 293 months | Amended Guideline Range: 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

Except as provided above, all provisions of the Judgment dated December 19, 2000 shall

remain in effect.

This sentence reduction is subject to the prohibition that a reduced term of imprisonment may not be less than the term of imprisonment that the defendant has previously served. U.S.S.G.1B1.10(b)(2)(C).

**IT IS ORDERED** that the parties have ten (10) days from the date of this Order to file any objections which will be considered as contemporaneous objections for the record. In the absence of any objections, this Order will be considered final in ten (10) days from the date of this Order.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 4th day of March, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE